*S. K. Gillis,* for Defendant in Error.

---

Gadsden D. Bryan, Plaintiff in Error, v. City of West Palm Beach, a Municipal Corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Palm Beach County.

Writ of Error dismissed by the Court upon suggestion of the death of the plaintiff in error.

*Price & Price* and *James M. Carson,* for Plaintiff in Error;

*H. L. Bussey,* for Defendant in Error.